## VESTAL v. STATE.
### No. 25870.

Court of Criminal Appeals of Texas.
Oct. 22, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was tried before the County Court without a jury on his plea of guilty to the offense of passing a worthless check. His punishment was assessed at a fine of $10 and confinement in the county jail for 30 days.

The record is before us without a statement of facts or bills of exception.

The judgment of the trial court is affirmed.